UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEROY FIELDS  (#115883)

VERSUS                                                                    CIVIL ACTION

SHIRLEY COODY, ET AL                                       NUMBER 07-670-RET-DLD

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Signed in Baton Rouge, Louisiana, on January 16, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEROY FIELDS  (#115883)

VERSUS                                                              CIVIL ACTION

SHIRLEY COODY, ET AL                                  NUMBER 07-670-RET-DLD

MAGISTRATE JUDGE'S REPORT

This matter is before the court on the order to the plaintiff to show cause why his complaint should not be dismissed for failure to pay the court's filing fee.  Record document number 13.

On September 17, 2007, the plaintiff was ordered within 20 days to pay an initial partial filing fee in the amount of $19.64.  On October 24, 2007, the plaintiff was granted an extension of time to pay the initial partial filing fee.  Plaintiff failed to pay the partial filing fee as ordered.

On November 27, 2007, the plaintiff was ordered to show cause on December 14, 2007, why his complaint should not be dismissed for failure to pay the filing fee.  In addition to filing a written response, the plaintiff was ordered to file copies of his inmate account statements for the months of September, October and November 2007.

Although the plaintiff was placed on notice that the failure to file a written response and the monthly statements may result in the dismissal of his complaint he failed to do so. The monthly account statements contain information regarding the plaintiff's daily account

activity.  Specifically, the account statements contain information regarding deposits, withdrawals and canteen purchases.  The information contained in the monthly statements would show whether the plaintiff had money to spend following the issuance of the order to pay the filing fee and whether the plaintiff spent the money on something other than the filing fee.

Because the plaintiff failed to pay the court's filing fee or respond to the court's show cause order, the complaint should be dismissed without prejudice.

## RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed without prejudice for failure to pay the court's filing fee.

Signed in Baton Rouge, Louisiana, on January 16, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**